## Case No. 12,779.

### SHERWOOD v. MUTUAL INS. CO.

[The case reported under above title in 5 N. Y. Leg. Obs. 406, and in 18 Hunt, Mer. Mag. 186, is the same as Case No. 12,776.]